IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:08CV149-DCK

| | |
|---|---|
| ALLIED MANUFACTURING TECHNOLOGIES, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) |
| HURON, INC., | ) ) ) |
| Defendant. | ) |

## ORDER ADMITTING JOSEPH LONDON, ESQ TO PRACTICE *PRO HAC VICE*

FOR GOOD CAUSE SHOWN, and on Plaintiff Allied Manufacturing Technologies, Inc.'s "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) and payment of the $250.00 admission fee on behalf of the Applicant, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Joseph London be admitted to practice *pro hac vice* before this Court in order to represent Plaintiff Allied Manufacturing Technologies, Inc. in the above-captioned matter.

Signed: August 27, 2009

David C. Keesler
United States Magistrate Judge