IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 5:08-CV-149-DCK

| ALLIED MANUFACTURING TECHNOLOGIES, INC., | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) ) | **ORDER** |
| v. | ) ) | |
| HURON, INC., | ) ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte*. The parties have consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c). The parties have advised that they have now settled this case.

**IT IS, THEREFORE, ORDERED** that the parties shall file their voluntary dismissal within thirty days of the date of this Order.

Signed: September 8, 2009

David C. Keesler
United States Magistrate Judge